United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER C. HENRY, et al., | Case No. 16-cv-06877 EMC |
| Plaintiffs, | |
| v. | |
| CORDIS CORPORATION, et al., | |
| Defendants. | |

For the reasons stated in this Court's September 23, 2016 Order in Dunson v. Cordis, C16-3076-EMC, Docket No. 53, the Court hereby REMANDS this case to state court for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 13, 2016

_____
EDWARD M. CHEN
United States District Judge